IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


PHIL GARNER                                          PLAINTIFF

    V.                        Civil No. 13-6125

NURSE M. REEVES;
CAPTAIN RONALD
BRANSTEETER; and
DEPUTY HILDETH                                      DEFENDANTS


O R D E R

On this 6th day of August 2015, there comes on for consideration the report and recommendation filed in this case on May 15, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 19). A copy of the report and recommendation was mailed to Plaintiff and returned as undeliverable on June 8, 2015. The Court located another address for Plaintiff and mailed a copy of the report and recommendation to him on July 1, 2015. As of the date of this Order, that mailing has not been returned and no objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint (doc. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of this Court, as well as the Federal Rules of Civil Procedure and Local Rules.  *See* Local Rule

5.5(c)(2); Fed. R. Civ. P. 41(b).

     IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge